United States District Court
For The District Of Columbia

Darin D. Harper, Pro Se-Petitioner,
D.C.D.C.# 206-877
C.C.A. (D.C) C.T.F.
1901 "E" Street, S.E., E1B-17
Washington, D.C., 20003;

v.

Michael J. Gaines, Chairman, Et Al.,
Edward F. Reilly, Jr., Commissioner, Et Al.,
Cranston J. Mitchell, Commissioner, Et Al.,
John Simpson, Commissioner, Et Al.
United States Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland, 20815; Respondent's;

And,

Warden Fred E. Figueroa, Custodian,
Warden C.C.A. (D.C) C.T.F.
1901 "E" Street, S.E.
Washington, D.C., 20003; Respondent's.

FILED
NOV 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No.

CASE NUMBER 1:05CV02239
JUDGE: Reggie B. Walton
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 11/17/2005

RECEIVED
OCT 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)

1

Emergency Application And Petition For A Writ Of Habeas Corpus Pursuant To 28 U.S.C.A. §2243 To Expidite Emergency Release Of This Petitioner

Comes now, the pro se-petitioner Darin D. Harper, whom respectfully moves this Honorable Court for an Emergency Application And Petition For A Writ Of Habeas Corpus Pursuant To 28 U.S.C.A. §2243 To Expidite Emergency Release Of This Petitioner. As grounds for the Great Writ Of Habeas Corpus, the petitioner respectfully states:

Jurisdiction

Jurisdictional Authority is vested here pursuant to 28 U.S.C.A. §2243...

Jurisdictional authority is further vested in Respondents here have violated the due process clause rights of petitioner pursuant to the Fifth Amendment of the United States Federal Constitution.

(2)

Jurisdictional authority is further vested in Accords that petitioner time has completed, totally expired 5/03/2005 and petitioner is still here, illegally and unconstitutionally detained. See exhibit (A).

## Custodian

Here, petitioner's Custodian is Warden Fred E. Figueroa, Warden C.C.A. (D.C.) C.T.F. See Blair-Bey v. Quick, 151 F.3d 1036 (D.C. Cir. 1998); Wilson v. Office of Chairperson of District of Columbia Bd. of Parole, 892 F. Supp. 277 (D.D.C. 1995). See Also, Ash v. Reilly, 354 F. Supp. 2d 1 (D.D.C. 2004).

## Constitutional Violations

Respondent's stand in violation of: U.S.C.A. Const. Amend. V

(4)

## Regulations, Rules and Policies Violated

Respondent's cited in the caption here, stand in violation of their own regulations, rules and policies manufactured by the United States Parole Commission and it's employee's.

See 28 C.F.R. § 2.70 et seq.

See Also 28 C.F.R. § 2.101(A), 28 C.F.R. § 2.101(d); 28 C.F.R. § 2.101(d)(2), 28 C.F.R. § 2.102(f); 28 C.F.R. § 2.103(A); 28 C.F.R. § 2.103(d); 28 C.F.R. 2.105(c).

## Expiration Of Sentence Has Expired
## Full Term Without Finality

The United States Parole Commission and it's cited employee's have prejudically failed to adhere to their own procedural rules, policies and regulations, and as a direct result of their indifferences violated the formal injunction order in: Long v. Gaines, 167 F. Supp. 2d 75 (D.C. 2001).

(5)

Furthermore, petitioners sentence has long since expired full term as of 5/3/2005. <u>See</u> exhibit (A).

Petitioner has sat in <u>limbo</u> every since, without any commencement of the five day rule set forth in: <u>Long V. Gaines</u>, 167 F. Supp. 2d 75 (D.C. 2001).

Furthermore, none of the proposed requirements the Respondent's the United States Parole Commission <u>et Al</u>., and their employee's have followed nor adhered to in this case. <u>See</u> <u>Long V. Gaines</u>, 167 F. Supp. 2d 75 (D.C. 2001). Thus, said parties are in total violation of the <u>injunction</u> order issued by this Honorable Court. <u>See Also</u> exhibit (A).

Here, petitioners sentence expired, full-term expiration on 5/3/2005, and petitioner has been forced to sit without a single action having been undertaken here, in violation of petitioners federal Constitutional rights under the Due Process Clause of the Fifth Amendment.

(6)

## Statement of the Case

On February 4th, 2005, A.D., I was arrested for failure to appear before the D.C. Superior Court on a charge or original charge of drug paraphernalia. I was sentence on February 17th, 2005, A.D., in the D.C. Superior Court on the failure to appear offense, I was sentence to 90 days and my sentence expired May 3rd, 2005. Petitioner has been detained by Respondent's executed warrant by the United States Parole Commission since February, 2005, A.D. Petitioner hasn't even been given a copy of the unexecuted warrant since his arrest.

## Relief Sought

To be forthwith Ordered released from these illegal and Unconstitutional restraints. See United States ex rel. Fitzpatrick v. United States Parole Commission, 444 F. Supp. 1302.

(7)

## Declaration Under Oath

I, Darin Harper, D.C.D.C. #206-877, Do Hereby Certify, Verify, Swear Under Oath Upon The Penalty Of Perjury, That The Information And Statements Made Here By Me Are True And Correct To The Best Of My Knowledge And As To That I Swear Them To Be True. This 12th Day of September 2005, A.D.

_Darin Harper_
Darin D. Harper, D.C.D.C. #206-877
Swearee

Sworn To Here Before Me This 18th Day of September 2005

_Phoenix C. Ishmon_
Notary

Phoenix C. Ishmon
Notary Public, District of Columbia
My Commission Expires 07-31-2006

(8)

## Certificate Of Service

This is to verify, certify, that a true and correct copy of petitioners: Emergency Application And Petition for Writ of Habeas Corpus Pursuant To 28 U.S.C.A. §2243 To Expedite Emergency Release Of This Petitioner, was mailed postage pre paid to: Michael Stover, General Counsel, United States Parole Commission, 5550 Friendship Blvd., Chevy Chase, Maryland, 20815, this 21 day of October 2005, A.D., and Warden Fred E. Figueroa, Custodian, Warden C.C.A. (D.C.) C.T.F., 1901 "E" Street, S.E., Washington, D.C., 20003, this 21 day of October 2005, A.D., and The United States Attorney For The District of Columbia, 555 Fourth Street, N.W., Washington, D.C., 20001, this 21 day of October 2005, A.D.

Darin D. Harper
Darin D. Harper, Pro Se-Petitioner
D.C.D.C.# 206-877
C.C.A. (D.C.) C.T.F.
1901 "E" Street, S.E., E1B-17

(9)

Washington, D.C., 20003.

_____
Darin D. Harper, Pro Se-Petitioner
D.C.D.C. # 266-877
C.C.A. (D.C.) C.T.F.
1901 "E" Street, S.E., E1B-17
Washington, D.C., 20003

(10)

<u>Darin D. Harper v. Michael J. Gaines, Chairman, Et Al.</u>

Exhibit (A)

Petitioners D.C. Department of Corrections Face Sheet Showing Petitioners Full Term Expiration Date As Being: 5/3/2005


March 01, 2005  Department of Corrections
9:01:34 pm

# Face Sheet



| DCDC #: **206877** | Name: **HARPER, DARIN D** | PDID #: **340140** |
|---|---|---|

Commitment Date: **02/04/2005**  Admission type: **PRETRIAL ALL OTHER TYPES**

Race: **BLACK**  DOB: **12/20/1963**  Sex: **M**  Height: **5' 8"**  Weight: **155**

Sentence type:   Location: **CENTRAL DETENTION FACILITY (CDF)**

Effective date: **02/17/2005**  Short Term Date: **05/03/2005**  Full Term Date: **05/03/2005**  Parole Elig. Date: **05/03/2005**

Agg. Sentence: **0 Years 0 Months 90 Days**   **0 Years 0 Months 90 Days**

Jail credit: **14 day(s)**

## Sentencing notes

**JAIL CREDIT M1022-05:**
**02/03/05 TO 02/16/05=14 DAYS**

## Charges

Case number **M0102205A**  **BAIL REFORM ACT**  Misdemeanor

Charge ty. **CONSECUTIVE SENTENCE**

**SENTENCED AND SERVING**

Minimum sentence 0 year(s), 0 month(s), 90 day(s)   Maximum sentence 0 year(s), 0 month(s), 90 day(s)

Sentence Status:  **CONSECUTIVE SENTENCE**

Judge: **KEARY**

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 02/04/2005 | 02/04/2005 | 02/17/2005 |  | 02/17/2005 |  |  |

Charge notes:

---

Case number **M0102805**  **UCSA POSS DRUG PARA**  Misdemeanor

Charge ty

**COURT ORDERED DISMISSAL/RELEASE**

Sentence Status:

Judge: **KEARY**

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 02/04/2005 | 02/04/2005 |  |  |  |  | 02/17/2005 |

Charge notes:

**FILED**
**NOV 17 2005**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

OMITS/sf/lg: March 01, 2005