UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARIN HARPER** )<br>  Petitioner, )<br> v. )<br> )<br>**MICHAEL J. GAINES, CHAIRMAN,** )<br>**UNITED STATES PAROLE COMMISSION,** )<br>**et al.,** )<br>  Respondents. )<br> ) | Civil Action No. 05-2239 (RBW) |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Stephen W. Riddell, D.C. Bar Number 357-756, telephone number (202) 305-4882, and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____/s/_____
ROBERT D. OKUN, D.C. Bar No. 457-078
Chief, Special Proceedings Section

_____/s/_____
Stephen W. Riddell, D.C. Bar No. 357-756
Assistant United States Attorney
555 4th Street, N.W., Room 10-911
Washington, DC 20530
(202) 305-4882

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Assignment and Appearance has been served via U.S. mail upon petitioner, Darin D. Harper, *pro se*, DCDC # 206-877, D.C. Department of Corrections, Correctional Treatment Facility, 1901 E Street, S.E., E1B-17, Washington, D.C. 20003. on this the 29th day of December, 2005.

_____/s/_____
Stephen W. Riddell
Assistant United States Attorney