# EXHIBIT A

```
H    PAR8H   540*23 *              SENTENCE MONITORING           *    12-17-2004
PAGE 001           *               COMPUTATION DATA              *    11:11:50
                                   AS OF 10-12-2004

REGNO..: 19168-050  NAME: HARPER, DARIN DARNELL


FBI NO............: 317918AA2              DATE OF BIRTH:
ARS1..............: CDC/ABSCOND
UNIT..............:                         QUARTERS.....:
DETAINERS.........: NO                      NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 10-11-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  10-12-2004 VIA PL RELEASE

-----------------------PRIOR JUDGMENT/WARRANT NO: 040 -----------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F11023-94/F4038-94
JUDGE............................: HARPER
DATE SENTENCED/PROBATION IMPOSED: 04-29-1996
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 09-22-2004
HOW COMMITTED....................: PUBLIC LAW-PAROLEE
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...:  PROPERTY: NO   SERVICES:  NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  620
OFF/CHG: 33-549, ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE
         COAINE, BRA & ESCAPE

 SENTENCE PROCEDURE..............: 4209 PAROLEE IN PRGM WITH DRUG AFT CARE
 SENTENCE IMPOSED/TIME TO SERVE.:    120 DAYS
 DATE OF OFFENSE.................: 11-11-1111




G0002        MORE PAGES TO FOLLOW . . .
```

EXHIBIT A

```
5H     PAR8H  540*23 *           SENTENCE MONITORING        *    12-17-2004
PAGE 002              *          COMPUTATION DATA           *    11:11:50
                                 AS OF 10-12-2004

REGNO..: 19168-050 NAME: HARPER, DARIN DARNELL


------------------------PRIOR COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 09-22-2004 AT CDC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   040 010

DATE COMPUTATION BEGAN..........: 09-22-2004
TOTAL TERM IN EFFECT............:    120 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      3 MONTHS      29 DAYS
EARLIEST DATE OF OFFENSE........: 11-11-1111

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: N/A
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 01-19-2005

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: NOT ELIGIBLE

ACTUAL SATISFACTION DATE........: 10-12-2004
ACTUAL SATISFACTION METHOD......: PL RELEASE
ACTUAL SATISFACTION FACILITY....: CDC
ACTUAL SATISFACTION KEYED BY....: PN

DAYS REMAINING..................: 99
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: NOA DTD 02-27-04 ORDERED I/M TO RESIDE AT CCC FOR UP TO 120
                DAYS. DOO: 07-17-93.
                ABSCOND FROM CCC ON 10-12-04.




G0002     MORE PAGES TO FOLLOW . . . .
```

```
5H      PAR8H  540*23 *           SENTENCE MONITORING              *  12-17-2004
PAGE 003         *                COMPUTATION DATA                 *  11:11:50
                                  AS OF 09-21-2004

REGNO..: 19168-050  NAME: HARPER, DARIN DARNELL


FBI NO............:                      DATE OF BIRTH: ███████
ARS1..............: CDC/ABSCOND
UNIT..............:                       QUARTERS.....:
DETAINERS.........: NO                    NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 08-11-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  09-21-2004 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F11023-94/F4038-94
JUDGE...........................: HARPER
DATE SENTENCED/PROBATION IMPOSED: 04-29-1996
DATE WARRANT ISSUED.............: 03-11-2003
DATE WARRANT EXECUTED...........: 07-21-2003
DATE COMMITTED..................: 10-01-2003
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

  REMARKS.......: CASES F7416-93 & F5629-99 ARE ALSO INCLUDED IN THIS VIOLATION.

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 620
OFF/CHG: 33-549, ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE
         COAINE, BRA & ESCAPE

  SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    8 YEARS     12 MONTHS     30 DAYS
  NEW SENTENCE IMPOSED...........:    818 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE................: 07-17-1993




5H
G0002       MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8H   540*23  *       SENTENCE MONITORING      *    12-17-2004
PAGE 004                *       COMPUTATION DATA         *    11:11:50
                                AS OF 09-21-2004

REGNO..: 19168-050 NAME: HARPER, DARIN DARNELL


------------------------------PRIOR COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 03-01-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:    030 010

DATE COMPUTATION BEGAN.........: 07-21-2003
TOTAL TERM IN EFFECT...........: 818 DAYS
TOTAL TERM IN EFFECT CONVERTED.:   2 YEARS      2 MONTHS    25 DAYS
EARLIEST DATE OF OFFENSE.......: 07-17-1993

TOTAL JAIL CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME.........: 0
STATUTORY GOOD TIME RATE.......: 6
TOTAL SGT POSSIBLE.............: 161
PAROLE ELIGIBILITY.............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE.........: 05-07-2005
TWO THIRDS DATE................: N/A
180 DAY DATE...................: N/A
EXPIRATION FULL TERM DATE......: 10-15-2005

PAROLE EFFECTIVE...............: 09-21-2004
PAROLE EFF VERIFICATION DATE...: 02-27-2004
NEXT PAROLE HEARING DATE.......: N/A
TYPE OF HEARING................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE.......: 09-21-2004
ACTUAL SATISFACTION METHOD.....: PAROLE
ACTUAL SATISFACTION FACILITY...: RIV
ACTUAL SATISFACTION KEYED BY...: JWW

DAYS REMAINING.................: 389
FINAL PUBLIC LAW DAYS..........: 0

            10% DATE IS 08-11-2004.
            COMP RE-CERTIFIED BY DC RECORDS CENTER ON 03-03-04.




G0002      MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8H  540*23 *          SENTENCE MONITORING        *   12-17-2004
PAGE 005        *                COMPUTATION DATA           *   11:11:50
                                 AS OF 12-31-2002

REGNO..: 19168-050 NAME: HARPER, DARIN DARNELL


FBI NO............: 317918AA2           DATE OF BIRTH: ███████
ARS1..............: CDC/ABSCOND
UNIT..............:                     QUARTERS.....:
DETAINERS.........: NO                  NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  12-31-2002 VIA MAND PAR

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F23-94/38-94,16-93
JUDGE............................: HARPER
DATE SENTENCED/PROBATION IMPOSED: 04-29-1996
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 06-19-2000
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  620
OFF/CHG: D.C. CODE 23-1327; BAIL REFORM ACT
         D.C. CODE 33-549; ATTEMPTED POSS WITD COCAINE

  SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    8 YEARS      30 DAYS
  MINIMUM TERM...................:    2 YEARS       3 MONTHS
  DATE OF OFFENSE................: 07-17-1993

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F-5629-99B
5H    JUDGE......................: BECK
DATE SENTENCED/PROBATION IMPOSED: 12-17-1999
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A




G0002        MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8H  540*23 *           SENTENCE MONITORING          *    12-17-2004
PAGE 006          *               COMPUTATION DATA             *    11:11:50
                                  AS OF 12-31-2002
```

REGNO..: 19168-050 NAME: HARPER, DARIN DARNELL


DATE COMMITTED...................: 06-19-2000
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

```
              FELONY ASSESS  MISDMNR ASSESS  FINES           COSTS
NON-COMMITTED.: $00.00         $00.00        $00.00          $100.00

RESTITUTION...: PROPERTY:   NO   SERVICES:   NO      AMOUNT: $00.00
```

-----------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  612
OFF/CHG: ESCAPE

  SENTENCE PROCEDURE..............: DC OMNIBUS ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    12 MONTHS
  MINIMUM TERM....................:     4 MONTHS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
  DATE OF OFFENSE.................: 03-10-1999

-----------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-03-2002 AT CDC MANUALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010, 020 010




G0002       MORE PAGES TO FOLLOW . . .

```
5H     PAR8H  540*23 *      SENTENCE MONITORING      *   12-17-2004
PAGE 007 OF 007 *           COMPUTATION DATA         *   11:11:50
                            AS OF 12-31-2002

REGNO..: 19168-050  NAME: HARPER, DARIN DARNELL


DATE COMPUTATION BEGAN..........: 04-29-1996
COMBINED SENTENCE PROCEDURE.....: DC GTCA/OMNIBUS ADULT COMBINED SENTENCE
TOTAL TERM IN EFFECT............:    8 YEARS      12 MONTHS     30 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    9 YEARS       1 MONTHS
AGGREGATED MINIMUM TERM.........:    2 YEARS       3 MONTHS
EARLIEST DATE OF OFFENSE........: 07-17-1993

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    05-03-1994    05-20-1994
                                    11-08-1994    03-09-1995
                                    03-23-1995    03-27-1995
                                    02-28-1996    04-28-1996

INOPERATIVE TIME.........: REASON   FROM DATE     THRU DATE
                           ESCAPE   03-10-1999    08-04-1999

TOTAL JAIL CREDIT TIME..........: 206
TOTAL INOPERATIVE TIME..........: 148
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 776
PAROLE ELIGIBILITY..............: 02-25-1997
STATUTORY RELEASE DATE..........: 02-14-2003
TWO THIRDS DATE.................: N/A
180-DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 03-31-2005

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: CONTINUE TO EXPIRATION

ACTUAL SATISFACTION DATE........: 12-31-2002
ACTUAL SATISFACTION METHOD......: MAND PAR
ACTUAL SATISFACTION FACILITY....: CDC
ACTUAL SATISFACTION KEYED BY....: JAF

DAYS REMAINING..................: 822
FINAL PUBLIC LAW DAYS...........: 0

          INMATE RECEIVED FROM DCDOC. /RLJ
          12/03/02 CCC FAILURE RMVD FRM 2EE BY USM.




5H
S0039      ALL CURRENT COMPS ARE SATISFIED
```