# EXHIBIT B

United States Parole Commission

Name: _Harper, Darian_     Date: _2-2-01_

DCDC No.: _200 877_     Institution: _Central_

**INSTRUCTIONS:** This form should be given to and completed by the inmate six months before his parole eligibility date. If the inmate wants to waive the parole hearing, he should complete the waiver section of this form. If the inmate refuses to appear for a hearing, the report of the refusal should be made on this form by institutional staff. This form does not have to be completed for hearings subsequent to the initial hearing, unless the inmate has previously waived parole consideration or a parole date. **Please make a copy of this form for the institutional file, provide the inmate with a copy, and forward the original to the U.S. Parole Commission when submitting docket materials.**

**NOTICE OF HEARING:** The U.S. Parole Commission usually schedules an inmate's initial hearing for the docket held two months before his parole eligibility date. Provided you have applied for parole in the space below, and the U.S. Parole Commission has received the documents needed to review your case, you will be given a hearing by a hearing examiner of the U.S. Parole Commission on the docket of hearings scheduled for the following:

_____4/00_____     (recent Sentence calculations)
(month/year)

**PAROLE APPLICATION:** I want to be considered for parole, or have applied before and still want to be paroled.

_____     _____
Signature                                                Date

**WAIVER OF PAROLE/PAROLE HEARING:**

A. _D-H_     I want to waive parole consideration at this time, including any scheduled hearing.
(Initials)     I understand that if I waive or refuse to appear at a scheduled rehearing at which misconduct is to be considered, I am waiving any parole date I may have been granted.

B. _____     I want to waive the previously granted parole date.
(Initials)     NOTE: A previously waived parole date may be reinstated upon reapplication. provided no new adverse information exists in your case.

**NOTE:** If you waive parole consideration and then apply/reapply for a hearing, the date of your hearing will normally be scheduled within 60 days of the Commission's receipt of the application/reapplication.

**REPORT OF REFUSAL TO APPLY/WAIVE OR APPEAR:**

The above named inmate has refused to complete the application/waiver form or appear for a scheduled parole hearing. (Please provide a brief explanation of circumstances in the space below.)

**EXHIBIT**
B

_____     _____
Signature of Staff Member                                    Date

DCDC Modified PAROLE FORM I-04
February 1989