# EXHIBIT C

U.S. Department of Justice
United States Parole Commission

CERTIFICATE OF MANDATORY PAROLE OR MANDATORY RELEASE
District of Columbia Code Offender

It is certified that **HARPER, DARIN DARNELL**, Register No. **19168-050**, (DCDC No. **206-877**), now confined in **HOPE VILLAGE, WASHINGTON, DC** is entitled to good time deductions from the maximum term of sentence imposed as provided by law, and is hereby released from this institution under this sentence on **December 31, 2002**. This inmate was released by the undersigned according to Title 24 of the District of Columbia Code, Chapter 4, Subchapter I and implementing regulations. Upon release, the above-named person is to remain under the jurisdiction of the United States Parole Commission, as if on parole, under the conditions set forth on the reverse side of this certificate, and is subject to such conditions until and including:

☒ [If Offense Committed On Or After April 11, 1987] **March 31, 2005**
      (release is via Mandatory Parole)                                        (full term date)
[or]
☐ [If Offense Committed Before April 11, 1987] _____
      (release is via Mandatory Release)         (full term date minus 180 days)

Said prisoner is to reside within the District of Columbia and to remain within the limits of the Washington, D.C. Metropolitan Area (including the District of Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia) until and including the date the United States Parole Commission's jurisdiction terminates, as described above. The inmate is to report for supervision to [the District of Columbia, Court Services and Offenders Supervision Agency (CSOSA), Parole Supervision Services Division, 300 Indiana Avenue, N.W., Suite 2134, Washington, D.C. 20001] or [specify].

Acknowledgement of Release Conditions:
I have read, or had read to me, the conditions of release printed on the attached Conditions of Release form and received a copy thereof. I fully understand them and know that if I violate any of these conditions, I may be recommitted.

Consent to the Disclosure of Drug/Alcohol Treatment Information:
By signing this certificate, I consent to the unrestricted communication between any treatment facility administering a drug or alcohol treatment program in which I am, or will be participating, and the Parole Supervision Services Division. I further consent to the disclosure by such facility to the Parole Supervision Services Division of any information requested, and the redisclosure of such information to any agencies that require it for the performance of their official duties. This consent shall be irrevocable until the termination of supervision.

| Inmate Signature *Darin Harper* | Register No. **19168-050** |
|---|---|
| Witnessed: Name and Title *Bill M. Austin* A/Chief MANPCC | Date *12/31/02* |

The above-named person was released on the **31st** day of **December** 20**02** with a total of **821** days remaining to be served to his full term date or 180 day date as indicated above.

*Rollins W. Hunter - L.IE. Records Office*
*for Marvin L. Brown - Warden*
DC JAIL, WASHINGTON, DC

This CERTIFICATE will become effective on the day of release indicated above. If the releasee fails to comply with any of the conditions listed on the attached page, the releasee may be summoned to a hearing or retaken on a warrant and reimprisoned pending a hearing to determine if the release should be revoked.