# EXHIBIT E

U.S. Department of Justice
United States Parole Commission

CERTIFICATE OF PAROLE
District of Columbia Offender

Having determined that (1) Harper, Darin, Register No. 19168-050, (DCDC No. 206-877) (the "inmate") is eligible for parole; (2) there is a reasonable probability that the inmate will live and remain at liberty without violating the law; and (3) the inmate's release is not incompatible with the welfare of society, the United States Parole Commission (the "Commission") ORDERS that the inmate be paroled on September 21, 2004 and remain under parole supervision through October 15, 2005. The conditions listed in this certificate apply during the inmate's parole supervision.

Given under the hand and the seal of the Commission on September 10, 2004.

UNITED STATES PAROLE COMMISSION

*Janice C. Bradford*

By: Janice C. Bradford, Correspondence Specialist

Docket/Case Number: F1162-94/F4028-94
Initial Risk Category: SFS-2

Acknowledgement of Release Conditions

I have read, or had read to me, the conditions that are listed on this CERTIFICATE OF PAROLE. I have received a copy of this CERTIFICATE OF PAROLE. I fully understand the conditions that have been imposed upon me and know that if I violate any of these conditions, I may be sent back to prison.

Consent to the Disclosure of Drug/Alcohol Treatment Information

By signing this CERTIFICATE OF PAROLE, I consent to unrestricted communication between any facility administering a drug or alcohol treatment program in which I am or will be participating, on the one hand, and the Commission and the office responsible for supervising me, on the other hand. I consent to disclosure by such facility to the Commission and the office responsible for supervising me of any information requested related to my supervision, and the disclosure by the Commission and the office supervising me to any agency that requires such information for the performance of an official duty. This consent is irrevocable until the end of parole supervision.

*Darin Harper*                                    #19168-050    206-877
Name                                                 DCDC No.

Witnessed: *Overton*    *Case Mgr.*    *09-14-04*
Name and Title                               Date

The above-named inmate was released on the __21__ day of __September__, 20_04_ with a total of __389__ days remaining to be served.

*[signature]*
Official Certifying Release

**EXHIBIT**
**E**