# EXHIBIT G

U.S. DEPARTMENT OF JUSTICE                              WARRANT APPLICATION
UNITED STATES PAROLE COMMISSION                         D.C. Code Offender

Name.............................. Harper, Darin

| | |
|---|---|
| Reg. No ........................ 19168-050 | Date......................................... December 20, 2004 |
| DCDC No. ..................... 206-877 | Termination of Supervision ..... October 15, 2005 |
| FBI No .......................... 317918AA2 | [If Conviction Offense Before April 11, 1987 And |
| Birth Date ..................... ▮▮▮▮▮▮▮▮▮ | Offender Is On Mandatory Release, Termination |
| Race .............................. Black | Date Is 180 Days Prior To Full Term] |
| | Violation Date .......................... October 12, 2004 |
| | Released .................................. September 21, 2004 |

Sentence Length ........... 8 years; 12 months; 30 days (original term); 818 days (violator term)
Original Offense ........... Attempted Possession with Intent to Distribute Cocaine, BRA & Escape

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

## CHARGES:

**Charge No. 1 - Violation of Special Condition (CCC).** The releasee was terminated from the community corrections center on 10-12-04 for failure to comply with program rules (absconded). This charge is based on the information contained in the violation report dated 10-26-04 from supervising officer Ericka Law and in the report dated 10-12-04 from the community corrections center.
   I ADMIT [  ] or DENY [  ] this charge.


EXHIBIT

Harper, Darin
Reg. No. 19168-050    DCDC No. 206-877

**Charge No. 2 - Use of Dangerous and Habit Forming Drugs.** The releasee submitted urine specimens which tested positive for:

Cocaine on 9-30

Opiates on 10-4, 10-6-04

Cocaine and Opiates on 10-13-04

This charge is based on the information contained in the violation report dated 10-26-04 from supervising officer Ericka Law and corresponding laboratory report dated 10-26-04
I ADMIT [ ] or DENY [ ] this charge.


**Charge No. 3 - Failure to Submit to Drug Testing.** The releasee failed to submit urine specimens on 10-18 and 10-20-04. This charge is based on the information contained in the violation report dated 10-26-04 from supervising officer Ericka Law.
I ADMIT [ ] or DENY [ ] this charge.

**Charge No. 4 - Failure to Report to Supervising Officer as Directed.** The releasee failed to report to the supervising officer on 10-19 and 10-26-04 as directed. The releasee has failed to make himself available for supervision since 10-19-04. This charge is based on the information contained in the violation report dated 10-26-04 from supervising officer Ericka Law.
I ADMIT [ ] or DENY [ ] this charge.

**Charge No. 5 - Law Violation – A) Failure to Obey; B) Possession of Drug Paraphernalia.** On 12-8-04, the releasee failed to comply with the police officer's' instruction to leave the area of 2919 Knox Place, S.E. The releasee was arrested by the Metropolitan Police Department for the above-cited offense on 12-8-04. A search incident to arrest recovered two hypodermic needles, one crack pipe with residue, a medal pusher and copper scrubbing pad. This charge is based on the information contained in the violation report dated 12-10-04 from supervising officer Ericka Law and a police report dated 12-8-04. Status of Custody/Criminal Proceedings: The subject is currently detained.
I ADMIT [ ] or DENY [ ] this charge.

**Probable Cause Hearing Is Required**

**Warrant Recommended By:**



Warrant Issued................... December 20, 2004

Rhonda A. Shelton, Case Analyst
U.S. Parole Commission

Community Supervision Office Requesting Warrant: **General Supervision Unit VIII, 1418 Good Hope Road**

---

**Harper, Darin**
**Reg. No. 19168-050     DCDC No. 206-877**