# EXHIBIT H

**Date:**        September 10, **2005**

# FYI        FYI        FYI        FYI        FYI

**TO:**        UNITED STATES PAROLE COMMISSION
               Chevy Chase, Maryland 20815

**FROM:**      UNITED STATES MARSHALS SERVICE
               Washington, D.C. 20001

**RE:**        **Warrant Executed**

**Subject: DARIN HARPER**
**Registration NO:** 19168-050
**DCDC:** 206-877
**PDID:** 340-140

The above reference subject was processed on SEPTEMBER 9, 2005, by the
USMS District of COLUMBIA, as a Parole Violator. He was committed to the
D.C. Department of Corrections and is in D.C. Jail awaiting further action by the
United States Parole Commission.

RB

