# EXHIBIT I

# D.C. PROBABLE CAUSE HEARING DIGEST

| | |
|---|---|
| Name..............................: **Harper, Darin** | Date Warrant Executed..: 9/9/05 |
| Reg. No. .........................: **19168-050** | Hearing Date ........: 9/13/05 |
| Type of Release ............:**Parole** | Examiner...............: M. GREEN |
| Full Term Date When Warrant Issued..: **October 15, 2005** | Supervision Officer: **Ericka Law** |

## Attorney at Probable Cause Hearing:

[X] PDS     [ ] Other     [ ] None

Name_____J. Leamon_____

Address_____

_____

Phone_____

## Attorney Representing Subject at Revocation Hearing:

[X] PDS     [ ] Other     [ ] Unknown

Name:_____

Address_____

_____

Phone_____

## I. Items Advised *(Check that the subject has been advised of the following two rights):*

[X] Advised of Right to a Probable Cause Hearing    [X] Advised of Right to Attorney

## II. Reason For Not Conducting Probable Cause Hearing

*{If Probable Cause Hearing not conducted, indicate the reason}:*

[ ] Postponed to Next Docket *[If so, provide reason for postponement and omit rest of form.]*

    [ ] At Request of Attorney/Prisoner     [ ] Prisoner Unavailable

    [ ] Other Reason:_____

[ ] Combined Probable Cause/Revocation Scheduled *[If so, skip to VI, Revocation Hearing.]*

**EXHIBIT**

**Harper, Darin**
**Reg. No. 19168-050    DCDC No. 206-877**



## III. Review of Charges:

**Charge No. 1 - Violation of Special Condition (CCC)**

[✗] **ADMITS**        [  ] **DENIES**

The Subject's Response:

_____

_____

_____

_____

[✗] **Probable Cause Found.**  After considering the violation report dated 10-26-04, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

_____

_____

_____

_____

[  ] **No Probable Cause Found**

_____

**Charge No. 2 - Use of Dangerous and Habit Forming Drugs**

[✗] **ADMITS**        [  ] **DENIES**

The Subject's Response:

_____

_____

_____

_____

[✗] **Probable Cause Found.**  After considering the violation report dated 10-26-04, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 2. Additional reasons for probable cause finding:

_____

[  ] No Probable Cause Found

**Charge No. 3 - Failure to Submit to Drug Testing**

[X] ADMITS          [  ] DENIES

The Subject's Response:

[X] **Probable Cause Found.**  After considering the violation report dated 10-26-04, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 3. Additional reasons for probable cause finding:

[  ] No Probable Cause Found

**Charge No. 4 - Failure to Report to Supervising Officer as Directed**

[X] ADMITS          [  ] DENIES

The Subject's Response:

**Harper, Darin**
**Reg. No. 19168-050    DCDC No. 206-877**

[X] **Probable Cause Found.** After considering the violation report dated 10-26-04, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 4. Additional reasons for probable cause finding:

[  ] **No Probable Cause Found**

**Charge No. 5 – Law Violation – A) Failure to Obey; B) Possession of Drug Paraphernalia.**

[X] **ADMITS**          [  ] **DENIES**

The Subject's Response:

*Subject pled guilty + on 2/17/05 sentenced to 90days in D.C. Superior Court – M-1022-05A. Has been in continuous custody since 2/4/05. Court Ordered dismissal*

[X] **Probable Cause Found.** After considering the violation report dated 12-10-04, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 5. Additional reasons for probable cause finding:

[  ] **No Probable Cause Found**

**Harper, Darin**
**Reg. No. 19168-050     DCDC No. 206-877**

**IV. Additional Charges:** BRA - M1032-05 A. Sentenced
to 90 days on 2/17/05. In continuous custody
since 2/4/05. Examiner recommends the
Commission does not supplement w/ BRA in light
of subjects admission to all other charges and the short

**V. Outcome of Probable Cause Hearing:** Amount of time remaining on his sentence.

[☒] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

[   ] **No Probable Cause Found** for any charge. **Discharge from Custody** immediately and

     [   ] **Reinstate to Supervision** or   [   ] **Close Case** *(If expiration date has passed)*

[   ] **Probable Cause Found** on one or more charges. Recommend **Reinstate to Supervision** and

     [   ] **Summon** to revocation hearing or  [   ] **Terminate** revocation proceedings

Reason for Release/Summons:_____

_____

_____

**VI. Principal Adverse Witnesses Identified by the Commission:**

Note to Subject: This is the time to request the attendance of an adverse witness (including an adverse witness identified by the Commission or an examiner on this form). Your failure to make a request for the attendance of any adverse witness is a waiver of your opportunity to confront and cross-examine that witness at a revocation hearing.

Supervision Officer
Name: Ericka Law
**Status:**_____**Approved**     _____**Not Approved**     _____**Pending Further Review**

Police Officer
Name: Todd M. Korson, Metropolitan Police Department, Badge No. 17
**Status:**_____**Approved**     _____**Not Approved**     _____**Pending Further Review**



## VII.  Adverse Witnesses Requested by Subject:

Name:_____

Address:_____

Phone No._____

Status: [   ] Denied at PC Hearing      [   ] Approved at PC Hearing      [   ] Pending Further Review

Reason for Denial:_____

_____

_____


Name:_____

Address:_____

Phone No._____

Status: [   ] Denied at PC Hearing      [   ] Approved at PC Hearing      [   ] Pending Further Review

Reason for Denial:_____

_____


Name:_____

Address:_____

Phone No._____

Status: [   ] Denied at PC Hearing      [   ] Approved at PC Hearing      [   ] Pending Further Review

Reason for Denial:_____

_____


## VIII.  Adverse Witnesses Identified by Examiner But Not Requested by Subject:

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____


Harper, Darin
Reg. No. 19168-050    DCDC No. 206-877

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____



## IX.  Revocation Hearing:

[  ] Local Revocation or      [  ] Combined Probable Cause/Local Revocation on:

**Location:** [ ] CTF  [ ] DC Jail  **Date:**_____  **Time:** [ ] am  [ ] pm

[  ] Other at _____

_____

[☒] Recommend institutional revocation hearing upon transfer to a federal institution.

**Note:  A continuance must be requested in writing.  You may submit your requests via e-mail.  E-Mail Address:  continue.hearing@usdoj.gov**

**May Qualify for an Expedited Offer:**     [ ] No     [☒] Yes  (If yes, please have releasee sign below)

If the Commission approves a proposal of expedited revocation, I waive the 20-day waiting period for the submission of comments.          [ ] No   [☒] Yes

_____          9/13/05
Attorney/Prisoner                                              Date

_____

**Additional Text:**

Subject May have a sentence computation problem. Available documents suggest that subject completed the 90 days sentence during May 2005 and the P.V. warrant should have been executed at that time. Atty. submitted JAC record as documentation.

_____          9/13/05
Examiner                                                      Date

**Disclosure Documents:**  Warrant dated 12-20-04, Warrant Application dated 12-20-04, Supplemental Warrant Application dated N/A (only if applicable), Violation Report dated 10-26, 11-29 and 12-10-04 with attachments, Parole Certificate dated 9-21-04, Pre-Sentence Report

**I acknowledge having received the above disclosure documents and a copy of this document.**

_____          9/13/05

_____

**Harper, Darin**
**Reg. No. 19168-050    DCDC No. 206-877**