# EXHIBIT K

**Krapels, Helen (USPC)**

| | |
|---|---|
| From: | Gobble, Lori (USPC) |
| Sent: | Tuesday, December 20, 2005 9:47 AM |
| To: | 'JLeaman@PDSDC.ORG' |
| Cc: | Krapels, Helen (USPC) |
| Subject: | Harper, Darin Reg. No. 19168-050 |
| Importance: | High |

# PLEASE BE ADVISED THAT MR. HARPER HAS BEEN SCHEDULED FOR A INSTITUTIONAL REVOCATION HEARING ON WEDNESDAY, JANUARY 18, 2006 AM

# IF YOU HAVE ANY QUESTIONS, PLEASE FEEL FREE TO CONTACT ME.

# THANK YOU IN ADVANCE

# LORI GOBBLE
# U.S. PAROLE COMMISSION 12/20/05

EXHIBIT
K

1