# EXHIBIT L

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

**Notice of Action**

Name: HARPER, Darin
Register Number: 19168-050
DCDC No: 206-877

Institution: Philadelphia FDC

Date: December 29, 2005

**DC EXPEDITED REVOCATION**

The Commission has ordered the following action pursuant to your acceptance of the Expedited Revocation Proposal you signed on 12/23/2005:

Revoke Parole; None of the time spent on Parole shall be credited. Parole effective 03/04/2006 after the service of 13 months.

In addition, you shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

**FINDINGS OF FACT:**

The Commission has found that you violated the following condition(s) of release:

Charge No. 1 - Violation of Special Condition (CCC)

Charge No. 2 - Use of Dangerous and Habit Forming Drugs

Charge No. 3 - Failure to Submit to Drug Testing

Charge No. 4 - Failure to Report to Supervising Officer as Directed

Charge No. 5 - Law Violation – A) Failure to Obey; B) Possession of Drug Paraphernalia.

Basis for above-stated finding(s): Your acceptance of responsibility for the violation(s) and your agreement to accept revocation.

**REASONS:**

Your violation behavior has been rated Category One severity because it involved Administrative and Criminal offenses, specifically: Possession of Drug Paraphernalia and administrative violations. Your salient factor score is 1 (see attached sheet). You have been in DC confinement as a result of your behavior for a total of 10 month(s) as of 12/04/2005.Guidelines established by Commission indicate a range of 12 - 16 months to be served. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not warranted

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

# SALIENT FACTOR SCORE (SFS-98)

**Name: HARPER, DARIN** **Reg No: 19168-050** **DCDC No: 206-877**

**Items** **Rules, Scores and Explanations**

**A** **Rule:** Prior convictions/adjudications (adult or juvenile)
None = 3; One = 2; Two or three = 1; Four or more = 0

**Score:** SFS Item A = 0

**Explanation:** Subject has 6 prior convictions/adjudication

| Date | Offense | Disposition |
|---|---|---|
| 09/18/1982 | UUV (F 5410-82) | 6 years (1-1); Paroled on 2/1/85; Revoked 8/19/85 (1-2); Paroled on 11/18/85 |
| 12/07/1985 | Prison Breach (F 3996-86) | 6 months to 3 years on 10/7/86 (2-3) |
| 07/17/1993 | Attempted Distribution of Cocaine (F 7416-93) | Sentence suspended + 3 years probation on 12/16/93 (3-3); Probation revoked on 5/15/96 and sentenced to 3 months to 2 years (3-4) |
| 05/02/1994 | Attempted Possession with Intent Distribute Cocaine (F 4038-94) | 2 to 6 years on 4/29/96 (4-4) |
| 07/12/1994 | BRA (F 11023-94) | 30 days (5-4) |
| 03/10/1999 | Escape (F 5629-99) | 4 to 12 months on 12/17/99 (6-5); MR'd on 12/31/02; Revoked on 9/8/03 (6-6); Paroled on 9/21/04. |

**B** **Rule:** Prior commitments of more than thirty days (adult or juvenile)
None = 2; One or two = 1; Three or more = 0

**Score:** SFS Item B = 0

**Explanation:** Subject has 6 commitments of more than 30 days that were imposed prior to the last overt act of the current offense.

C **Rule:** Age at current offense/prior commitments

| | | |
|---|---|---|
| 26 years or more | +3 or less prior commitments | = 3 |
| | +4 prior commitments | = 2 |
| | +5 or more commitments | = 1 |
| 22-25 years | +3 or less prior commitments | = 2 |
| | +4 prior commitments | = 1 |
| | +5 or more commitments | = 0 |
| 20-21 years | +3 or less prior commitments | = 1 |
| | +4 prior commitments | = 0 |
| 19 years or less | +any number prior commitments | = 0 |

**Score:** SFS Item C = 1

**Explanation:** Subject was 40 years old at the commencement of the current offense and had 6 prior commitments.

D **Rule:** Recent Commitment Free Period *(Three Years)*
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

**Score:** SFS Item D = 0

**Explanation:** **10/12/2004** - Date of Current Offense.
09/21/2004 - Release to the Community from last commitment

E **Rule:** Probation/Parole/Supervised Release/Confinement/Escape Status Violator
Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

**Score:** SFS Item E = 0

**Explanation:** Subject is a parole status violator.

F **Rule:** Older Offenders
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

**Score:** SFS Item F = 0

**Explanation:** Sum of Items A-E = 1 and the offender was 40 years old at the commencement of the current offense.

1 = **TOTAL SALIENT FACTOR SCORE**

Cc: CSS Data Management Group
D.C. Court Services & Offender Supervision Agency
300 Indiana Avenue, N.W., Suite 2149
Washington, D.C. 20001

D.C. Federal Billing Unit
D.C. Department of Corrections
Washington, D.C. 20003

Erika Law
General Supervision Unit VIII-Team 6
CSOSA
1418 Good Hope Road, S.E.
Washington, D.C. 20020

Jennifer Leaman
Public Defender Service
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

U.S. Marshals Service
District of Columbia - District Court
333 Constitution Ave, N.W., Room 1400
Washington, D.C. 20001
Warrants - Attn: Sean McLeod