UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARIN D. HARPER, | : |
| Petitioner, | : |
| v. | : Civil Action No. 05-cv-2239 (RBW) |
| MICHAEL J. GAINES, ET AL., | : |
| Respondents. | : |

**RESPONSE TO ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

The District of Columbia, by and through counsel, respectfully submits the following response to the Court's November 30, 2005 Order Directing Respondent to Show Cause. In support of its Response, the District states as follows:

On approximately November 17, 2005, *pro se* Petitioner filed a Petition for a Writ of Habeas Corpus. On November 30, 2005, this Honorable Court issued an Order Directing Respondent to Show Cause. A copy of this Order was forwarded to the Office of the Attorney General. On December 29, 2005, the United States Parole Commission, through the United States Attorney's Office for the District of Columbia, filed an Opposition to the Petition for a Writ of Habeas Corpus.

In *Fletcher v. Reilly*, 2006 U.S. App. LEXIS 269, the United States Court of Appeals for the District of Columbia Circuit reaffirmed the proposition that "[n]ormally, the only proper defendant in a habeas case is the petitioner's 'immediate custodian' - that is, the warden of the facility in which the petitioner is incarcerated at the time he files the habeas petition." *Id.* at *21. In *Fletcher*, the habeas petitioner was moved to another facility before the Court ruled on his petition and thus, his habeas petition named his former custodian and the chairman of the U.S. Parole Commission. The *Fletcher* Court noted:

> The National Capital Revitalization and Self-Government Improvement Act of 1997 ... transfers responsibility for the imprisonment of all felons convicted under the District of Columbia ("D.C.") Code from the city to the federal government. The Act also transfers authority over parole and reparole decisions from the District of Columbia Board of Parole ("Board") to the United States Parole Commission ("Commission").

*Id.* at *2.

In *Fletcher*, the Court concluded, "When the Government moves a habeas petitioner after [he] properly files a petition naming [his] immediate custodian, the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has legal authority to effectuate the prisoner's release." *Id.* at * 22-23. The *Fletcher* Court determined that the Commission was properly named as a Respondent because "[t]he Commission has legal authority to effectuate Fletcher's release…" *Id.* at *22. The conclusion was strengthened by the fact that "the U.S. Parole Commission has appeared in this case, responded to the merits of Fletcher's claim, and raised no objections on grounds of venue or personal jurisdiction." *Id.*

A similar analysis is warranted in this case. Although the Petitioner is housed at the Central Treatment Facility, the District of Columbia does not have legal custody of the Petitioner. Due to the violator warrant and subsequent action taken by the United States Parole Commission, the Commission alone is the entity that has legal authority to effectuate Petitioner's release. Moreover, the Commission, through the United States Attorney's Office, has already submitted a response to Petitioner's claim. Therefore, no further response from the District to the Court's Show Cause Order is warranted.

                        Respectfully submitted,

                        ROBERT J. SPAGNOLETTI
                        Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division

                */s/ Holly M. Johnson /s/*
                HOLLY M. JOHNSON [476331]
                Section Chief
                General Litigation Section III

                */s/ Dana K. DeLorenzo /s/*
                Dana K. DeLorenzo [468306]
                Assistant Attorney General
                441 4th Street, N.W., 6S61
                Washington, D.C. 20001
                (202) 724-6515
                (202) 727-3625 (fax)
                Dana.delorenzo@dc.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 19, 2006, that a copy of the foregoing Response to Order Directing Respondent to Show Cause was mailed postage prepaid to:

Darin D. Harper, *pro se*
DCDC # 206-877
1901 E Street, SE E1B-17
Washington, DC 20003

Stephen W. Riddell
Assistant United States Attorney
555 4th Street, NW Room 10-911
Washington, DC 20530

                */s/ Dana K. DeLorenzo /s/*
                Dana K. DeLorenzo
                Assistant Attorney General