UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARIN D. HARPER, | ) |
|     Petitioner, | ) |
| v. | ) Civil Action No. 05-2239 (RBW) |
| MICHAEL J. GAINES, *et al.*, | ) |
|     Respondents. | ) |

ORDER

    For the reasons stated in the accompanying Memorandum Opinion, it is

    ORDERED that the Order to Show Cause [Doc. # 4] is DISCHARGED; it is

    FURTHER ORDERED that the petition for a writ of *habeas corpus* [Doc. # 1] is DENIED; and it is

    FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order.

                                                                                                                            s/
                                                                                                      Reggie B. Walton
                                                                                                      United States District Judge

Dated: May 1, 2006